IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL VALDEZ                                                                                   PLAINTIFF

V.                                        CASE NO. 08-CV-4124

MILLER COUNTY,
ARKANSAS, et al.                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 1, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 32). Judge Bryant recommends that Plaintiff's claims be dismissed based on his failure to keep the Court informed of his current address and his failure to prosecute this case. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims in this action are **DISMISSED**..

**IT IS SO ORDERED**, this 20th day of October, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge